## No. 9256.

### MOYER v. JACKSON.

APPEAL AND ERROR—*Presumptions.* Where the issue is tried without a jury, and no declaration as to the law is requested or made, it will be assumed that the court below proceeded upon the right conception of the law, and disregarded all impertinent evidence.

*Error to El Paso County Court, Hon. W. B. Kinney, Judge.*

Mr. J. N. RICKARDS, for plaintiff in error.

Mr. C. B. HORN, for defendant in error.

*Per Curiam: En banc.*

THIS controversy is over the right of defendant in error to a commission for the sale or exchange of certain real estate at the solicitation of Moyer, the plaintiff in error. The first trial was before a justice of the peace, where judgment was rendered in favor of Jackson, and Moyer appealed to the County Court. Upon trial *de novo,* a jury was waived, and the cause tried to the court. No declarations

of law were requested.  We must, therefore, assume that the court had the right conception of the law and, in determining the issues involved, disregarded evidence, if any, that was not pertinent.  We find the record sufficient to support the conclusions of the trial court; and the application for *supersedeas* is therefore denied, and the judgment affirmed.

Mr. Justice Allen not participating.